**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 10, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| | |
|---|---|
| **WD76846** | **Damon Alshawn Williams vs. State of Missouri** |
| **WD77543** | **Wayne Allen Childers vs. Carla Sue Childers** |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| | |
|---|---|
| **WD76256** | **State of Missouri vs. Elijah Pickett** |
| **WD77099** | **State of Missouri vs. Timothy J. Dowell** |
| **WD77233** | **State of Missouri vs. Richard Lee Edwards, Jr.** |